UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Mazal Siso,

        Plaintiff,

-against-

National Credit Solutions, LLC.

        Defendant.
----------------------------------------------------------X

Index No. 12-CV-2443 (MKB)(CLP)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mazal Siso by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant National Credit Solutions, LLC.

Dated: January 23, 2013
New York, New York

        FREDRICK SCHULMAN & ASSOCIATES

        BY: _____
        JACOB J. SCHEINER, ESQ. (JS5223)
        Fredrick Schulman & Associates
        30 East 29th Street
        New York, New York 10016
        P: 212-796-6053
        F: 212-951-7379
        Attorneys for Plaintiff

SO-ORDERED:

s/ MKB
Hon. MARGO K. BRODIE
USDJ 1/23/2013